NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ELIJAH BOWDEN,                          )
                                        )
          Appellant,                    )
                                        )
v.                                      )        Case No.  2D17-3272
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
_____    )

Opinion filed May 30, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Elijah Bowden, pro se.


PER CURIAM.

          Affirmed.



LaROSE, C.J., and SILBERMAN and KELLY, JJ., Concur.